# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY § <br> AND MDC INVESTMENT HOLDINGS, § <br> INC. § <br>     *Plaintiffs,* § <br> § <br> V. § <br> § <br> RETRACTABLE TECHNOLOGIES, § <br> INC. § <br>     *Defendant.* § | Civil Action No. 5:07-CV-137 <br> Judge Mazzant/Magistrate Judge Craven |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Dkt. # 135). Pursuant to the Settlement Agreement and Release entered into by Becton, Dickinson and Company and MDC Investment Holdings, Inc., on one hand, and Retractable Technologies, Inc. and Thomas J. Shaw, on the other hand, all of Plaintiffs' claims in this action are dismissed with prejudice and without costs or attorneys' fees to any of the parties.  Accordingly, it is

**ORDERED** that the Stipulation of Dismissal With Prejudice (Dkt. # 135]) is accepted by the Court.  This case is **DISMISSED** with prejudice, with fees and costs to be paid by the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

SIGNED this 14th day of May, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE